

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00867-CV

**IN THE INTEREST OF K. R. H, ET AL., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02393
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

The appellant's brief, which was due on January 3, 2019, has not been filed. Therefore, we ORDER the attorney responsible for preparing the appellant's brief, Melissa Ramos Munoz, to file the appellant's brief on or before **January 23, 2019**. Alternatively, if appellant no longer desires to prosecute this appeal, Ms. Munoz may file a motion to dismiss this appeal on or before **January 23, 2019**.

Given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court